# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

THOMAS SLOANE, individually and on behalf   )
of all persons similarly situated,   )
   )
       Plaintiff,   )
   )
       v.   )   Civil Action No. 15-1208
   )   Judge Nora Barry Fischer
GULF INTERSTATE FIELD SERVICES, INC.   )
   )
       Defendant.   )

## ORDER OF COURT

AND NOW, this 27th day of July, 2016, in accordance with the foregoing Memorandum Opinion,

IT IS HEREBY ORDERED that pursuant to 28 U.S.C. § 1404(a), this case is TRANSFERRED to the United States District Court for the Middle District of Pennsylvania, Williamsport Division, forthwith.

                        *s/Nora Barry Fischer*
                        Nora Barry Fischer
                        U.S. District Judge

cc/ecf: All counsel of record.

       Clerk of Court, U.S. District Court, Middle District of Pennsylvania, Williamsport Division

1